UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>JAMES R. HICKS<br>DEIDRE C. HICKS<br><br>Debtors | CASE NO: 06-31428<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105273**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 11 | HEALTH ALLIANCE<br>ATTN NIKKI MONTGOMERY P48<br>3200 BURNET AVENUE<br>CINCINNATI, OH  45236 | 4,164.00 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/18/2011

Certificate of Service            06-31428

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES R. HICKS
2324 N. UNION ROAD
MIDDLETOWN, OH  45044

DEIDRE C. HICKS
3904 JEWEL AVE
MIDDLETOWN, OH  45042

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(25.1n)
CHASE AUTO FINANCE
201 N CENTRAL AVE 11TH FLOOR
ATTN BANKRUPTCY DEPT AZ1-1191
PHOENIX, AZ  85004

(11.1)
HEALTH ALLIANCE
ATTN NIKKI MONTGOMERY P48
3200 BURNET AVENUE
CINCINNATI, OH  45236

(1005.1n)
LVNV FUNDING LLC
% RESURGENT CAPITAL SERVICES
BOX 10587
GREENVILLE, SC  29603

(24.1n)
MARK T DOMEYER
1665 SCENIC AVE
SUITE 200
COSTA MESA, CA  92626

(1006.1n)
SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD STE 300
HIGHLANDS, CO  80129

Jeffrey M. Kellner BY           /s/ Jeffrey M. Kellner                    sv